1 | **O'MELVENY & MYERS LLP**
2 | RANDALL W. EDWARDS (S.B. #179053)
  | redwards@omm.com
3 | Two Embarcadero Center, 28th Floor
  | San Francisco, California 94111
4 | Telephone: (415) 984-8700
5 | Facsimile: (415) 984-8701
6 |
7 | Attorney for Defendant
  | Albert Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tyquila Collins, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-03003-MWF-MAA |
|---|---|
| Plaintiff, | **DEFENDANT ALBERT CORPORATION'S CORPORATE DISCLOSURE AND NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1.** |
| v. | |
| Albert Corporation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant Albert Corporation, states that it has no parent corporation and no publicly held corporation directly owns 10% or more of Albert Corporation's stock. The undersigned counsel of record for Albert Corporation further certifies that, in addition to the parties named in the Complaint, the following listed persons and entities may have a pecuniary interest in the outcome of the case:

1. Capital G II, LP
2. General Atlantic (ABC), L.P.
3. Portag3 Ventures II Investments LP
4. Yinon Ravid

These representations are made solely to enable the Court to evaluate possible disqualification or recusal.

DATED: June 12, 2024

Respectfully submitted,

*/s/ Randall W. Edwards*
Randall W. Edwards
O'MELVENY & MYERS, LLP

Attorney for Defendant,
Albert Corporation