**O'MELVENY & MYERS LLP**
RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

REBECCA A. GIROLAMO (S.B. # 293422)
bgirolamo@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant,*
*Albert Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyquila Collins, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Albert Corporation,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-03003-MWF-MAA<br><br>**DEFENDANT ALBERT CORPORATION'S OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68** |

Pursuant to Federal Rule of Civil Procedure 68, Defendant Albert Corporation hereby offers to allow judgment to be taken against it by Plaintiff Tyquila Collins in the above-entitled action for the total sum of one hundred thousand dollars ($100,000.00) as Plaintiff's total recovery, including all costs accrued to date that might be recoverable by Plaintiff against Albert in this action.

This offer of judgment is made pursuant to Rule 68, and as such it is not to be construed as an admission of any kind. Pursuant to Rule 68, this offer is not admissible for any purpose, except to ensure its enforcement if accepted by Plaintiff or in a proceeding to determine costs.

If this offer is not accepted in writing within 14 days after the date of service, it shall be deemed withdrawn. However, the provisions of Rule 68 shifting the burden of costs to Plaintiff should she obtain a final judgment against Albert that is not more favorable than this offer shall remain in effect.

Dated:  September 26, 2024            Respectfully submitted,

By:  */s/ Randall W. Edwards*
Randall W. Edwards
O'MELVENY & MYERS, LLP

*Attorney for Defendant,
Albert Corporation*

# PROOF OF SERVICE

I, Rebecca A. Girolamo, declare:

I am a resident of the State of California and over the age of 18 years, and not a party to the within Action; my business address is O'Melveny & Myers LLP, 400 South Hope Street, 19th Floor, Los Angeles, CA, 90071. On September 26, 2024, I served a true and complete copy of the following document(s):

**DEFENDANT ALBERT CORPORATION'S OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**

| | |
|---|---|
| ☒ | **ELECTRONIC SERVICE:** by causing a true and correct copy of the document(s) listed above to be transmitted via electronic mail (in PDF format) as set forth below. |
| ☒ | **U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | **FEDERAL EXPRESS:** by putting a true and correct copy thereof in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier. |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | To all parties listed as follows:                               |
| 2  |                                                                 |
| 3  | Todd M. Friedman (SBN 216752)                                   |
|    | Adrian R. Bacon (SBN 280332)                                    |
| 4  | LAW OFFICES OF TODD M. FRIEDMAN, P.C.                           |
| 5  | 21031 Ventura Blvd., Suite 340                                  |
|    | Woodland Hills, CA 91364                                        |
| 6  | Phone: 323-306-4234                                             |
| 7  | Fax: 866-633-0228                                               |
|    | tfriedman@toddflaw.com                                          |
| 8  | abacon@toddflaw.com                                             |
| 9  | Attorneys for Plaintiff                                         |
| 10 | Max S. Morgan                                                   |
| 11 | THE WEITZ FIRM, LLC                                             |
|    | 1515 Market Street, #1100                                       |
| 12 | Philadelphia, PA 19102                                          |
| 13 | Tel: (267) 587-6240                                             |
|    | Fax: (215) 689-0875                                             |
| 14 | max.morgan@theweitzfirm.com                                     |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 26, 2024, in Los Angeles, California.

By: _____