1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21031 Ventura Blvd., Suite 340
   Woodland Hills, CA 91364
4  Phone: 323-306-4234
   Fax: 866-633-0228
5  tfriedman@toddflaw.com
   abacon@toddflaw.com
6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYQUILA COLLINS**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**ALBERT CORPORATION**,<br><br>*Defendant*. | Case No.: 2:24-cv-03003-MWF-MAA<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT ALBERT CORPORATION'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

TO:    DEFENDANT ALBERT CORPORATION

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff TYQUILA COLLINS ("Plaintiff") hereby accepts Defendant ALBERT CORPORATION'S ("Defendant") September 26, 2024 Offer of Judgment Under Federal Civil Rule of Civil Procedure 68. Specifically, Plaintiff accepts a judgment in favor of Plaintiff, in her individual capacity, and against Defendant for the total sum of One Hundred Thousand Dollars ($100,000.00), including all costs accrued to date that might be recoverable by Plaintiff. *See* Dkt. No. 29.

Dated: October 4, 2024            Respectfully Submitted,

                                        */s/ Todd M. Friedman, Esq.*
                                        Todd M. Friedman
                                        Law Offices of Todd M. Friedman
                                        One of Plaintiff's Attorneys

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Max S. Morgan, Esquire |
|   | Max S. Morgan |
| 3 | THE WEITZ FIRM, LLC |
|   | 1515 Market Street, #1100 |
| 4 | Philadelphia, PA 19102 |
|   | Tel: (267) 587-6240 |
| 5 | Fax: (215) 689-0875 |
|   | max.morgan@theweitzfirm.com |

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Filed electronically on this October 4, 2024, with: |
| 3 | |
| 4 | United States District Court CM/ECF system |
| 5 | Notification sent electronically via the Court's ECF system to: |
| 6 | Honorable Michael W. Fitzgerald |
| 7 | United States District Court |
| 8 | Central District of California |
| 9 | And All Counsel of Record As Recorded On The Electronic Service List. |
| 10 | |
| 11 | This 4th day of October, 2024 |
| 12 | |
| 13 | */s/Todd M. Friedman*<br>Todd M. Friedman |