JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYQUILA COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>ALBERT CORPORATION,<br><br>        Defendant. | Case No. CV 24-3003-MWF(MAAx)<br><br>ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF TYQUILA COLLINS AGAINST DEFENDANT ALBERT |

On September 26, 2024, Defendant Albert Corporation ("Defendant") made an Offer of Judgment (the "Offer") to Plaintiff Tyquila Collins ("Plaintiff"), in her individual capacity. (Docket No. 29). Thereafter, Plaintiff accepted said Offer on October 4, 2024. (Docket No. 30). Accordingly, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff, in her individual capacity, and against Defendant pursuant to Federal Rule of Civil Procedure 68; and
2. Said Judgment shall be for the total sum of One Hundred Thousand Dollars ($100,000.00).
3. The claims of the putative class are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 7, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-